594 A.2d 1391

**In re The PRIMARY ELECTION OF MAY 21, 1991, for the Office of Judge of the Court of Common Pleas of Luzerne County.**

**Petition of Charles J. BUFALINO.**

Supreme Court of Pennsylvania.

Aug. 23, 1991.

## ORDER

PER CURIAM.

AND NOW, this 23d day of August, 1991, the Petition for Allowance of Appeal is granted and the order of the Commonwealth Court dated July 3, 1991, is vacated.

NIX, C.J., and FLAHERTY, J., dissent.

McDERMOTT, J., dissents from the summary disposition of this matter.